

# NUMBER 13-24-00201-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MALOLITO INVESTMENTS, LLC,
SELECT MONEY MANAGEMENT, LLC,
BRUCE KAMINSKI, AND
KANDI LATRECE DANIELS,                                          Appellants,

v.

NOEHMI GARCIA,                                                 Appellee.

## ON APPEAL FROM THE 96TH DISTRICT COURT
## OF TARRANT COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Tijerina

This cause is before the Court on an agreed motion to dismiss appeal and vacate

trial court judgment.[1] The parties have reached a settlement agreement wherein they

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

agree to dismiss this appeal and vacate the trial court's order which is the subject of this appeal.

We grant the motion, vacate the trial court's order granting plaintiff's motion for summary judgment dated December 13, 2023, without reference to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B), 43.2(d), (e), (f). Costs will be taxed against the appellants, as there is no clear agreement between the parties regarding costs. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
16th day of May, 2024.